George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The conviction is for driving a motor vehicle while intoxicated, with the punishment assessed at $100 fine.

Appellant has filed his affidavit requesting that the appeal be dismissed. The request is granted and the appeal is dismissed.

## Charles Warren POOLE, Appellant, v. STATE of Texas, Appellee.
### No. 25963.
Court of Criminal Appeals of Texas.
June 28, 1952.

No attorney for appellant of record on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is unlawful delivery of barbiturates; the punishment, 6 months in jail.

Accompanying the record is an affidavit in proper form, executed by appellant, requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.

## PHILLIPS v. STATE.
### No. 25913.
Court of Criminal Appeals of Texas.
June 18, 1952.

---

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is robbery by assault, as a second offender; the punishment, confinement in the State penitentiary for life.

The record is before us without a statement of facts or bills of exception.

All the proceedings appear regular; and nothing being presented for our review, the judgment is affirmed.